| Information to identify the case: | | |
|---|---|---|
| Debtor | **EVCI Career Colleges Holding Corp.** <br> Name | EIN  **06–1488212** |
| United States Bankruptcy Court  **Southern District of New York** <br> Case number:  **17–13233–mkv** | | Date case filed for chapter  **7**   **11/13/17** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | EVCI Career Colleges Holding Corp. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 320 W. 31st Street <br> New York, NY 10001 | |
| 4. | **Debtor's attorney** <br> Name and address | Stephen A. Donato <br> Bond, Schoeneck & King, PLLC <br> 1 Lincoln Center <br> 18th Floor <br> Syracuse, NY 13202 | Contact phone (315) 218–8336 <br> Email: sdonato@bsk.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Albert Togut <br> Togut Segal & Segal, LLP <br> One Penn Plaza <br> Suite 3335 <br> New York, NY 10119 | Contact phone (212) 594–5000 <br> Email: alcourt@teamtogut.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green <br> New York, NY 10004–1408 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone 212–668–2870 <br> Date: 11/14/17 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 13, 2017 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 17-13233-mkv
EVCI Career Colleges Holding Corp.                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: tlewis           Page 1 of 2            Date Rcvd: Nov 14, 2017
                              Form ID: 309C          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
```
db           +EVCI Career Colleges Holding Corp.,    320 W. 31st Street,    New York, NY 10001-2705
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg          +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7244733      +ACE Funding Source, LLC,    366 North Broadway,    Jericho, NY 11753-2025
7244735      +CapCall, LLC,    122 E. 42nd Street, Suite 2112,    New York, NY 10168-2100
7244736      +Capital Advance Services, LLC,    One Evertrust Plaza,    Suite 1401,
              Jersey City, NJ 07302-3087
7244737      +Complete Business Solutions,    141 N. 2nd Street,    Philadelphia, PA 19106-2009
7244738      +Continental Stock Transfer,    & Trust Co.,    1 State Street, 30th Floor,
              New York, NY 10004-1571
7244739      +Corporation Service Company,    P.O. Box 2576,    Springfield, IL 62708-2576
7244740      +Douglas E. Robinson, Esq.,    RTR Recovery, LLC,    122 East 42nd St., Suite 2112,
              New York, NY 10168-2100
7244741      +HOP Capital,    21500 Biscayne Boulevard,    Suite 600,    Miami, FL 33180-1256
7244742      +Interboro Holding, Inc.,    320 W. 31st Street,    New York, NY 10001-2705
7244743      +Interboro Holding320,    320 W. 31st Street,    New York, NY 10001-2705
7244744      +Interboro Institute,    450 W. 56th Street,    New York, NY 10019-3656
7244746      +Middle States Commission,    on Higher Education,    3624 Market Street,
              Philadelphia, PA 19104-2680
7244747      +Norman M. Valz, Esq.,    Norman M. Valz & Associates,PC,    39 Broadway, Suite 930,
              New York, NY 10006-3020
7244748      +Penn. School of Business,    406 W. Hamilton Street,    Allentown, PA 18101-1604
7244749      +Philip Getter,    240 East 47th Street,    New York, NY 10017-2131
7244750      +Queen Funding LLC,    2221 NE 164th Street,    North Miami Beach, FL 33160-3703
7244751      +Queen Funding, LLC,    c/o Israel Weinstein, Esq.,    68-15 Main Street, 1st Floor,
              Flushing, NY 11367-1310
7244752      +Renata Bukhman, Esq.,    17 State Street, Suite 4000,    New York, NY 10004-1508
7244753      +State Education Department,    Office of Higher Education,    89 Washington Avenue,
              Albany, NY 12234-1000
7244755      +TCI College of Technology,    320 West 31st Street,    New York, NY 10001-2789
7244754      +Tara N. Pomparelli, Esq.,    Law Office of Tara Pomparelli,    30 Wall Street, Eighth Floor,
              New York, NY 10005-2201
7244756      +Technical Career Institutes,    320 W. 31st Street,    New York, NY 10001-2789
7244757       U.S. Department of Education,    32 Old Slip, Financial Square,    New York, NY 10005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: sdonato@bsk.com Nov 14 2017 19:27:52     Stephen A. Donato,
              Bond, Schoeneck & King, PLLC,    1 Lincoln Center,    18th Floor,    Syracuse, NY  13202
tr           +EDI: QATOGUT.COM Nov 14 2017 19:28:00      Albert Togut,    Togut Segal & Segal, LLP,
              One Penn Plaza,    Suite 3335,    New York, NY 10119-3395
smg           E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Nov 14 2017 19:28:10
              New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY  12205-0300
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 14 2017 19:27:57      United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
7244734      +E-mail/Text: ekeiter@capacityfunding.com Nov 14 2017 19:28:19      Capacity Funding LLC,
              7 Renaissance Square, 5th Fl.,    White Plains, NY 10601-3056
7244758      +E-mail/Text: cjones@wgfinancing.com Nov 14 2017 19:28:07      World Global Financing, Inc.,
              141 NE 3rd Avenue, 12th Floor,    Miami, FL 33132-2354
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
7244745*     +Interboro Institute, Inc.,    450 W. 56th Street,    New York, NY 10019-3656
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0208-1          User: tlewis              Page 2 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: 309C             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

       Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com;alcourt@ecf.inforuptcy.com
       Stephen A. Donato    on behalf of Debtor    EVCI Career Colleges Holding Corp. sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
       United States Trustee    USTPRegion02.NYECF@USDOJ.GOV

       TOTAL: 3